May 6, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT HOUSTON,
Appellant

NO. 14-13-00605-CV                    V.

TERESA MCQUEEN AND CLARENCE MCQUEEN, JR., Appellees
_____

This cause, an appeal from the order in favor of appellees, Teresa McQueen and Clarence McQueen, Jr., denying appellant's, The University of Texas Health Science Center at Houston's, plea to the jurisdiction, signed June 17, 2013, was heard on the transcript of the record. We have inspected the record and find that the trial court erred in its ruling. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellees', Teresa McQueen and Clarence McQueen, Jr.'s, claims be dismissed for want of jurisdiction.

We further order that all costs incurred by reason of this appeal be paid by appellees, Teresa McQueen and Clarence McQueen, Jr.

We further order this decision certified below for observance.